■ Frank E. Marcheterre, Jr., Appellant, v S&C Electric Company et al., Respondents, et al., Defendants. (Appeal No. 2.) [710 NYS2d 293] —Order unanimously affirmed without costs. Same Memorandum as in *Marcheterre v S&C Electric Co.* (273 AD2d 880 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Scudder and Kehoe, JJ.